IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GLENN DORSEY, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : CIVIL ACTION 06-0425-WS-M |
| | : |
| DR. BURTON, *et al.*, | : |
| | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE** this 26th day of December, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE